# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 27, 2023

## NO. 03-22-00179-CV

**Molly Spence, Appellant**

**v.**

**Matthew Davis, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
MODIFIED IN PART, AFFIRMED AS MODIFIED –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on January 10, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order but that there was error requiring correction. Therefore, the Court modifies the trial court's order by deleting the words "and contiguous counties" from the first of the Exclusive Rights of Matthew Davis listed on page 4 of the order. The Court affirms the order as modified. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.